# U.S. BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                     Case No.: 24-10438-amc
Andrew W Kampf                                             Chapter 13
                    Debtor.

:
:
:
:
:
:

## NOTICE OF MOTION

Sirs:

      Please Take Notice that upon the annexed application of Andrew W Kampf,

debtor herein, the undersigned will move before Honorable Ashely M Chan, Bankruptcy

Judge, at United States Bankruptcy Court, Eastern District of Pennsylvania, 900 Market

Street, Philadelphia, Pennsylvania as soon as counsel may be heard, for an order pursuant

to Bankruptcy Rule 1007(c) extending the time of the debtor herein to file the Chapter 13

Plan and Schedules to March 22, 2024, and for such other relief as is just.


Dated: February 23, 2024                        /s/ George R Tadross_____

                                            George R Tadross, Esquire
                                            128 Chestnut Street, Suite 301B
                                            Philadelphia, PA 19106
                                            215-500-5000 (phone)
                                            267-885-2377 (fax)
                                            Attorney for Debtor