# U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
Andrew W Kampf

Debtor.

Case No.: 24-10438-amc  
Chapter 13

### **ORDER**

The debtor having moved for an extension of time to file the schedules, statement of affairs and plan as required by Bankruptcy Rule 1007(b),

Now, upon the application of the debtor dated February 23, 2024, and cause having been shown therefore,

It is hereby ordered that the time of the debtor herein to file the schedules, and plan required by Bankruptcy Rule 1007(b) is extended until **March 8, 2024.**

DATED: Feb. 29, 2024

_____  
Ashely M. Chan  
UNITED STATES BANKRUPTCY JUDGE