United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Andrew W Kampf  
Debtor

Case No. 24-10438-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2
Date Rcvd: Mar 13, 2024 | Form ID: pdf900 | Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrew W Kampf, 1450 Donna Drive, Southampton, PA 18966-4335 |
| 14853876 | + | Joanna M Kampf, 1450 Donna Drive, Southampton, PA 18966-4335 |
| 14853879 | + | Pa Dept of Revenue, 2 Revenue Place, Harrisburg, PA 17129-0002 |
| 14856786 | | THE BANK OF NEW, YORK MELLON f/k/a THE BANK OF NEW YORK, c/o Alyk L. Oflazian, Manley Deas Kochalski LLC, P.O. Box 165028 Columbus, OH 43216-5028 |
| 14856534 | + | The Bank of New York Mellon, Mark A. Cronin, Esq., KML Law Group, P.C,, 701 Market St, Ste 5000, Philadelphia, PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 14 2024 00:25:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 14 2024 00:27:17 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14853872 | + | Email/Text: rm-bknotices@bridgecrest.com | Mar 14 2024 00:25:00 | Bridgecrest Acceptance Corp, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 14855805 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 14 2024 00:27:28 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14856069 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 14 2024 00:27:27 | Bridgecrest Credit Company, LLC as Agent and Servi, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14853873 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 14 2024 00:27:17 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14853874 | + | Email/Text: EBN@edfinancial.com | Mar 14 2024 00:25:00 | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 14853875 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 14 2024 00:27:17 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14860981 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 14 2024 00:27:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14860909 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 14 2024 00:27:17 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14853877 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 14 2024 00:25:00 | Mr Cooper/Nationstar, PO Box 619096, Dallas, TX 75261-9096 |
| 14853878 | + | Email/PDF: pa_dc_claims@navient.com | Mar 14 2024 00:27:28 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14856493 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 14 2024 00:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA |

Case 24-10438-amc   Doc 16   Filed 03/15/24   Entered 03/16/24 00:33:37   Desc Imaged
Certificate of Notice   Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 13, 2024 | Form ID: pdf900 | Total Noticed: 23 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 17128-0946 |
| 14853880 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 14 2024 00:27:18 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14859842 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 14 2024 00:25:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14853881 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 14 2024 00:25:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14853882 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 14 2024 00:27:16 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14856397 | | Email/Text: amps@manleydeas.com | Mar 14 2024 00:25:00 | THE BANK OF NEW YORK MELLON, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 15, 2024          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALYK L OFLAZIAN | on behalf of Creditor THE BANK OF NEW YORK MELLON amps@manleydeas.com |
| GEORGE R. TADROSS | on behalf of Debtor Andrew W Kampf gtadross@tadrosslaw.com r55386@notify.bestcase.com;robin@tadrosslaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for Nationstar Home Equity Loan Trust 2007-B bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Andrew W Kampf<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24−10438−amc<br><br>Chapter: 13 |

## ORDER

     AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated February 12,2024, this case is hereby DISMISSED.

**Date: March 13, 2024**

_____
Ashely M. Chan
Judge, United States Bankruptcy Court

Missing Documents:
Atty Disclosure Statement
Chapter 13 Plan
Schedules AB−J
Statement of Financial Affairs
Summary of Assets and Liabilities
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−1
Means Test Calculation Form 122C−2